# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **FRANCISCO AMILCAR GUERRA,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| **v.** § | |
| § | |
| **MARY DE ANDA-YBARRA, IN HER** § | |
| **OFFICIAL CAPACITY AS FIELD** § | |
| **OFFICE DIRECTOR OF** § | |
| **ENFORCEMENT AND REMOVAL** § | |
| **OPERATIONS, EL PASO FIELD** § | |
| **OFFICE, IMMIGRATION AND** § | |
| **CUSTOMS ENFORCEMENT;** § | **No. 3:26-CV-00300-LS** |
| **WARDEN OF ERO EL PASO CAMP** § | |
| **EAST MONTANA; TODD M. LYONS,** § | |
| **IN HIS OFFICIAL CAPACITY AS** § | |
| **ACTING DIRECTOR,** § | |
| **IMMIGRATION AND CUSTOMS** § | |
| **ENFORCEMENT, U.S. DEPARTMENT** § | |
| **OF HOMELAND SECURITY; KRISTI** § | |
| **NOEM, IN HER OFFICIAL** § | |
| **CAPACITY AS SECRETARY, U.S.** § | |
| **DEPARTMENT OF HOMELAND** § | |
| **SECURITY; and PAMELA JO BONDI,** § | |
| **IN HER OFFICIAL CAPACITY AS** § | |
| **ATTORNEY GENERAL OF THE** § | |
| **UNITED STATES,** § | |
| § | |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Francisco Amilcar Guerra's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 3.

**SIGNED** and **ENTERED** on February 11, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**